UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

MICHELLE TENZER-FUCHS, on behalf of
herself and all others similarly situated,

        Plaintiff,

v.

HUFFY CORPORATION.,

        Defendant.

Case No. 2:20-CV-04114-NGG-AYS

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michelle Tenzer-Fuchs hereby dismisses all claims alleged in the case, *Tenzer-Fuchs v. Huffy Corporation.*, No. 2:20-CV-04114-NGG-AYS, with prejudice, and with each party bearing her and its own costs. Voluntary dismissal with prejudice under Rule 41(a)(1)(A)(i) is appropriate because Defendant has not filed an answer or other responsive pleading in this case.

Dated: July 24, 2023

Respectfully submitted,

/s/ Jonathan Shalom
Jonathan Shalom, Esq.
Shalom Law, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel.: (718) 971-9474

*Attorney for Plaintiff*
*Michelle Tenzer-Fuchs*

**So Ordered.**

s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 7/25/23